# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 14-1681-DOC											Date:  January 28, 2015
           BK 13-10313

Title: IN RE. LOREN AND SARAH MILLER

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

     Appellant Loren Miller attempts to appeal two orders from the Bankruptcy Court: the Order Denying Amended Motion to Convert Case to Chapter 11, and the Order Denying Motion to Transfer Venue. Second Amended Notice of Appeal (Dkt. 9).

     On April 7, 2014, Appellant was mailed a deficiency letter noting that appeal commencement documents including a statement of issues, designation of records and notice of transcripts have not been filed. Fed. R. Bankr. P. 8006.[1]

     Appellant failed to file these documents, the record was never completed, and no briefing was filed. The record before the District Court therefore is not complete.

---

[1] The Rules have since been amended. The applicable Rule is now Fed. R. Bankr. P. 8009.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. BK 13-10313                                                                                      Date: January 28, 2015
       CV 14-1681-DOC

      Accordingly, Appellant is hereby ordered to show cause in writing, on or before **February 9, 2015**, why this appeal should not be dismissed for lack of prosecution. [2]

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                         Initials of Deputy Clerk:  djg
CIVIL-GEN

---

[2] Appellant has also filed a motion styled as a Motion to Transfer Venue. This topic is the subject of Miller's appeal. This Court is not acting as a district court in this instance. Fed. R. Bankruptcy P. 8001. Instead it is acting in its capacity as a court of appeals. Under 28 U.S.C. 158(a), a district court has jurisdiction to hear appeals from final judgments, orders, and decrees of bankruptcy judges. Apparently, the Appellant has included in his Motion arguments in support of his desire to transfer venue, but has not stated the basis for the Court's jurisdiction to hear this Motion. The Motion is DENIED.