**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In Re: Loren Miller and Sarah Miller DEBTOR(S). | DISTRICT COURT CASE NUMBER: 2:14-cv-01681-DOC |
|---|---|
| | BANKRUPTCY COURT CASE NUMBER: 9:13-bk-10313-PC |
| Loren Miller APPELLANT(S), v. | ADVERSARY CASE NUMBER: |
| Jeremy W. Faith APPELLEE(S). | **NOTICE RE: BANKRUPTCY RECORD COMPLETE, BRIEFING SCHEDULE AND NOTICE OF ENTRY** |

   This Court has received from the Clerk of the Bankruptcy Court a Certificate of Readiness with respect to the above designated bankruptcy appeal. The Certificate was filed by the District Court Clerk's Office on __3/18/15__. Assuming that notices of deficiencies (if any) in the record have been complied with, the appeal is now ready for briefing and hearing in this Court.

   Appellant's opening brief must be e-filed in the District Court and served on other parties not later than __4/1/15__. Appellee's brief must similarly be e-filed and served not later than 14 days after service of appellant's opening brief. If the appellee has filed a cross-appeal, the brief shall include the issues and argument pertinent to the cross-appeal, denominated as such. Appellant's reply brief must similarly be e-filed and served not later than 14 days after service of appellee's brief. If the appellee has cross-appealed, the appellee may e-file and serve a reply brief to the response of the appellant to the issues presented in the cross-appeal within 14 days after service of appellant's reply brief.

   All briefs must be efiled in the District Court Clerk's Office. Neither appellant's opening brief nor appellee's brief shall exceed 30 pages. Appellant's reply brief shall not exceed 15 pages. Page limits exclude the table of contents, table of citations and any addendum containing statutes, rules, regulations, excerpts of the record or similar material. If the Appellant/Appellee is a pro se filer and unless otherwise ordered by the Court, pro se litigants shall continue to present all documents to the Clerk for filing in paper format. Documents received by the Clerk from pro se litigants under this rule will be scanned by the Clerk into the CM/ECF System.

   Briefs must comply with the requirements of Federal Rules of Bankruptcy Procedure 8010(a) and (b). Counsel are reminded that their respective briefs must contain as addenda all excerpts of the record and all transcripts previously designated by them. No brief shall refer to a portion of the transcript that is not included in said addendum.

   Once the briefing is completed, the Courtroom Deputy Clerk of the District Judge who is assigned the appeal will notify counsel when the matter is to be argued and heard, or that no oral argument will be permitted. If, for any reason, such notice has not been received within 30 days after the last brief is filed, counsel should contact that Courtroom Deputy Clerk for further instructions.

Clerk, U. S. District Court

__March 18, 2015__
Date

By __L. Hernandez__
Deputy Clerk

*CC: Bankruptcy Court Judge*