## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 14-1681-DOC                                    Date: May 6, 2015

Title: IN RE: LOREN MILLER AND SARAH MILLER

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING MOTION FOR EXTENSION OF TIME [17]**

Before the Court is Debtor/Appellant Loren Miller's Motion to Extend Times to File Brief (Dkt. 17). On April 9, 2015, the Court dismissed this matter for failure to prosecute as Miller missed the Court's deadline for filing his opening brief. Miller now seeks additional time to file his opening brief.

Miller notes that he never received the March 18th notice regarding the briefing schedule (Dkt. 15). He argues that, as a *pro se* litigant, the Court's dismissal of his action was unwarranted.

The Court construes his motion as a 60(b) motion for reconsideration.

Federal Rule of Civil Procedure 60(b) "provides for reconsideration only upon a showing of (1) mistake, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) 'extraordinary circumstances' which would justify relief." *School Dist. No. 1J, Multnomah County v. Acands, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) (quoting *Fuller v. M.G. Jewelry*, 950 F.2d 1437, 1442 (9th Cir. 1991)).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 14-1681-DOC                                              Date: April 9, 2015
                                                                     Page 2

Excusable neglect under Rule 60(b)(1) "'encompass[es] situations in which the failure to comply with a filing deadline is attributable to negligence,' and includes 'omissions caused by carelessness.'" *Lemoge v. United States*, 587 F.3d 1188, 1192 (9th Cir. 2009) (quoting *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd.*, 507 U.S. 380, 394 (1993)). Whether neglect is excusable is an equitable decision that takes into account at least four factors: "(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *Id.* (internal citations omitted).

Miller has demonstrated excusable neglect. Miller asserts that he never received actual notice of the briefing schedule. Further, prejudice to the opposing parties is minimal as very little time has passed since the Court dismissed this case. Taking Miller's claim as true, it appears that the movant is acting in good faith.

Additional excuses will be looked on with more skepticism. The Court has excused many failures to timely prosecute this action.

The Motion is GRANTED. The Court will set aside the April 9, 2015 dismissal for failure to prosecute.

Miller shall file his opening brief by **May 26, 2015**. The other deadlines set in the briefing schedule shall remain applicable.

Attached hereto as Exhibit A is a courtesy copy of the March 18 briefing schedule for reference (Dkt. 15).

In addition, the Court has attached as Exhibit B a copy of the Pro Se Request Form for the CM/ECF system.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                            Initials of Deputy Clerk:  djg

Exhibit A

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re:

Loren Miller and Sarah Miller

DEBTOR(S).

DISTRICT COURT CASE NUMBER
2:14-cv-01681-DOC

BANKRUPTCY COURT CASE NUMBER
9:13-bk-10313-PC

ADVERSARY CASE NUMBER

Loren Miller

APPELLANT(S),

v.

Jeremy W. Faith

APPELLEE(S).

**NOTICE RE: BANKRUPTCY RECORD COMPLETE, BRIEFING SCHEDULE AND NOTICE OF ENTRY**

    This Court has received from the Clerk of the Bankruptcy Court a Certificate of Readiness with respect to the above designated bankruptcy appeal. The Certificate was filed by the District Court Clerk's Office on ___3/18/15___. Assuming that notices of deficiencies (if any) in the record have been complied with, the appeal is now ready for briefing and hearing in this Court.

    Appellant's opening brief must be e-filed in the District Court and served on other parties not later than ___4/1/15___. Appellee's brief must similarly be e-filed and served not later than 14 days after service of appellant's opening brief. If the appellee has filed a cross-appeal, the brief shall include the issues and argument pertinent to the cross-appeal, denominated as such. Appellant's reply brief must similarly be e-filed and served not later than 14 days after service of appellee's brief. If the appellee has cross-appealed, the appellee may e-file and serve a reply brief to the response of the appellant to the issues presented in the cross-appeal within 14 days after service of appellant's reply brief.

    All briefs must be efiled in the District Court Clerk's Office. Neither appellant's opening brief nor appellee's brief shall exceed 30 pages. Appellant's reply brief shall not exceed 15 pages. Page limits exclude the table of contents, table of citations and any addendum containing statutes, rules, regulations, excerpts of the record or similar material. If the Appellant/Appellee is a pro se filer and unless otherwise ordered by the Court, pro se litigants shall continue to present all documents to the Clerk for filing in paper format. Documents received by the Clerk from pro se litigants under this rule will be scanned by the Clerk into the CM/ECF System.

    Briefs must comply with the requirements of Federal Rules of Bankruptcy Procedure 8010(a) and (b). Counsel are reminded that their respective briefs must contain as addenda all excerpts of the record and all transcripts previously designated by them. No brief shall refer to a portion of the transcript that is not included in said addendum.

    Once the briefing is completed, the Courtroom Deputy Clerk of the District Judge who is assigned the appeal will notify counsel when the matter is to be argued and heard, or that no oral argument will be permitted. If, for any reason, such notice has not been received within 30 days after the last brief is filed, counsel should contact that Courtroom Deputy Clerk for further instructions.

Clerk, U. S. District Court

___March 18, 2015___
Date

By ___L. Hernandez___
Deputy Clerk

*CC: Bankruptcy Court Judge*

CV-8 (07/13)   NOTICE RE: BANKRUPTCY RECORD COMPLETE, BRIEFING SCHEDULE AND NOTICE OF ENTRY

Exhibit B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# REQUEST FOR CM/ECF LOGIN AND PASSWORD
## PRO SE LITIGANTS (PEOPLE WITHOUT LAWYERS)

You may use this form to register for a CM/ECF login and password if you: (1) have one or more cases pending in the Central District of California; (2) are not represented by an attorney; and (3) are not currently incarcerated. Completing this form **WILL NOT** allow you to file documents electronically, but **WILL** allow the Court to notify you by e-mail when a document is filed in your case.

_____
**Name** (Last Name, First Name & Middle Initial)

_____
**Address**                                         **City**                         **State**      **Zip Code**

_____  _____    **Prisoner ID Number** (*If you have ever filed*
**Phone Number**        **E-Mail Address**              *a case while incarcerated, please provide the
                                                        prisoner ID number you were assigned.
_____          Otherwise, leave blank.*)
**Alternate Names** (*If you have ever used a different form of your name in
connection with a case in the Central District, please list.*)

### CIVIL CASE(S) FILED IN THE CENTRAL DISTRICT OF CALIFORNIA

*Please list the full case number assigned to each of your cases (pending or terminated) in the Central District of California; this will help us link all your cases to your login and password.*

_____

_____

_____

*Once the Court receives a signed copy of this form, you will be assigned a login and password, which will be sent within three business days to the e-mail address you provide above. Thereafter, an e-mail notifying you of each document filed in your case(s) will be sent to the same e-mail address.* **If your e-mail address changes, YOU MUST FILE a Notice of Change of E-Mail Address in every pending case you have with this court.**

### THINGS YOU SHOULD KNOW BEFORE YOU SIGN THIS FORM

(1) You will no longer receive paper copies of filed documents in the mail; you will only receive notice by e-mail that a document has been filed.

(2) Each e-mail notice you receive will include a hyperlink to the document that was filed. Clicking this link will allow you to access the document **one time for free** -- but only if you also sign up for a PACER (Public Access to Court Electronic Records) account. Opening a PACER account is free, but requires a separate step after you submit this form. To open a PACER account, call 1-800-676-6856 or go to www.pacer.gov.

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), I consent to receive service by electronic means:

_____        _____
**Date**                    **Signature** (Typed or Block Signature is Sufficient)

**E-mail this completed form to: ecf-helpdesk@cacd.uscourts.gov**

G-80 (11/12)    REQUEST FOR CM/ECF LOGIN AND PASSWORD - PRO SE LITIGANTS (PEOPLE WITHOUT LAWYERS)