**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 14-1681-DOC                                              Date: May 15, 2015

Title: IN RE: LOREN MILLER AND SARAH MILLER

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: MOTION FOR RELIEF FROM ORDER [19]**

      Before the Court is Debtor/Appellant Loren Miller's Motion for Relief from Order, dated May 5, 2015, and received by this Court on May 13, 2015 (Dkt. 19). Mr. Miller asks the Court to relieve him of its April 9th Order re: Dismissal for Failure to Prosecute (Dkt. 16) and asks for additional time to file his opening brief.

      In the Court's May 6, 2015 Order, the Court already granted Mr. Miller's request, it set aside the April 9th Order dismissing the case, and gave Mr. Miller until May 26 to file his opening brief. Order Granting Motion for Extension of Time, May 6, 2015 (Dkt. 18). It appears that there may have been some confusion as to the relief granted. To clarify, the April 9th Order dismissing the case is set aside. The case is no longer dismissed.

      Due to the misunderstanding regarding the May 6 Order, the Court will grant one final extension to Mr. Miller for filing his opening brief. Mr. Miller's opening brief is now due on **June 16, 2015**. This will be Mr. Miller's final extension.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 14-1681-DOC    Date: May 15, 2015

Page 2

The other deadlines set in the briefing schedule shall remain applicable.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                             Initials of Deputy Clerk: djg