UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 14-1681-DOC    Date: July 28, 2015

Title: IN RE: LOREN MILLER AND SARAH MILLER

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: MOTION TO EXTEND TIME TO FILE BRIEF [25]**

    Before the Court is Debtor/Appellant Loren Miller's Motion to Extend Time to File Brief (Dkt. 25). Mr. Miller asks for additional time to file his reply brief in this action. Appellees have filed no objection. For good cause appearing, the Court hereby GRANTS Appellant's request. Appellant's reply brief is now due no later than **August 17, 2015**.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                                   Initials of Deputy Clerk: djg