UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 14-1681-DOC　　　　　　　　　　　　　　　Date: August 18, 2015

Title: IN RE: LOREN MILLER AND SARAH MILLER

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):　ORDER RE: MOTION TO EXTEND TIME TO FILE BRIEF [29]**

　　　　Before the Court is Debtor/Appellant Loren Miller's *second* Motion to Extend Time to File Brief (Dkt. 29). Mr. Miller again asks this Court for additional time to file his reply brief. The Court had previously allowed for an extension of time to file a reply, setting a deadline of August 17, 2015 (Dkt. 26). For good cause showing, Mr. Miller shall now have until **September 14, 2015** to file his reply brief. This is Mr. Miller's **final extension**. Any reply brief filed after that date will not be considered by the Court, and any further requests for extensions will be **denied**.

　　　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djg