Loren Miller, Debtor-Appellant *pro se*
**1302 Marina Bay Drive #309A**
**Clear Lake Shores, TX 77565**
281-467-8226



# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)

| | |
|---|---|
| In re LOREN MILLER,<br><br>　　　　　　　　　　　Debtor. | Case No.: 9:13-bk-10313-RR<br><br>**Case 2:14-cv-01681-DOC**<br><br>Chapter 7 (conversion to Chapter 11 denied)<br><br>**DEBTOR-APPELLANT'S NOTICE OF CHANGE OF ADDRESS** |



*TO THE COURT AND ALL PARTIES: PLEASE NOTE MY NEW ADDRESS*

Jeremy Faith, Trustee, represented by:

　　Meghann A Triplett
　　Margulies Faith LLP
　　16030 Ventura Blvd Ste 470
　　Encino, CA 91436

Sarah Miller, Joint Debtor, represented by:

　　Reed H Olmstead
　　Hurlbett & Olmstead
　　3324 State St Ste O
　　Santa Barbara, CA 93105

"Andrew D. Geller, an Individual, and Andrew D. Geller and Eileen B. Geller, Trustees of the Geller Trust dated September 2, 1987," represented by:

　　Howard Camhi
　　Ervin Cohen & Jessup LLP
　　9401 Wilshire Blvd 9th Floor
　　Beverly Hills, CA 90212