MEGHANN TRIPLETT (State Bar No. 268005)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777
E-mail: Meghann@MarguliesFaithLaw.com

Attorneys For Appellee, Chapter 7 Trustee
Jeremy W. Faith

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br><br>LOREN MILLER and SARAH MILLER,<br><br>                             Debtors. | Case No.: CV 14-1681-DOC<br><br>C.D. Cal. Bankr. Case No.: 9:13-10313-PC |
| LOREN MILLER<br>                             Appellant,<br><br>v.<br><br>JEREMY W. FAITH, Trustee<br><br>                             Appellee. | **APPELLEE'S REQUEST FOR SUBMISSION OF APPEAL ON THE BRIEFS AND RECORD WITHOUT ORAL ARGUMENT** |

**TO THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE:**

On January 14, 2014, Loren Miller, the Chapter 7 Debtor in the above-referenced bankruptcy case (the "Debtor" or "Appellant") filed a notice of appeal, appealing two Bankruptcy Court orders.  Debtor filed his Debtor-Appellant's Opening Brief (referred to as the "Appeal") on June 16, 2015.

On June 29, 2015, Jeremy W. Faith, the Chapter 7 Trustee (the "Trustee") for the Debtor's Bankruptcy Estate filed his Appellee's Opening Brief and accompanying Excerpts of Record.

On September 15, 2015, Appellant filed his Debtor-Appellant's Reply Brief.

After review of the Opening and Reply Briefs submitted by Appellant and after submission of his own Opening Brief and Excerpts of Record, Appellee Jeremy W. Faith, Chapter 7 Trustee, hereby submits that the appeal is suitable for submission on the briefs and record, without oral argument pursuant to Fed. R. Bankr. Proc. 8019 and Fed. R. App. Proc. 34(a).

DATED: September 18, 2015      **MARGULIES FAITH, LLP**

By:    <u>*/s/ Meghann Triplett*</u>
       Meghann Triplett
       Attorneys for Appellee,
       Jeremy W. Faith
       Chapter 7 Trustee

## CERTIFICATE OF SERVICE

## BAP NO. CV 14-1387

### DEBTORS: LOREN MILLER AND SARAH MILLER

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system on September 18, 2015.

The following are participants in the case who are registered CM/ECF users and will be served by the appellate CM/ECF system:

- Craig G. Margulies, Attorney for Appellee, Jeremy W. Faith, Chapter 7 Trustee
- Meghann Triplett, Attorney for Appellee, Jeremy W. Faith, Chapter 7 Trustee

I further certify that I have mailed the foregoing documents by First-Class Mail, postage prepaid for delivery to the following non-CM/ECF participants:

Loren Miller
600 E. Medical Center Blvd., #1509
Webster, TX 77598
**Appellant/Debtor**

Howard I. Camhi, Esq.
Ervin, Cohen & Jessup, LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
**Attorneys for Interested Party, Andrew D. Geller and Andrew D. Geller and Eileen B. Geller, Trustees of the Geller Trust dated September 2, 1987**

/s/ Helen Cardoza
Helen Cardoza