MEGHANN TRIPLETT (State Bar No. 268005)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
E-mail: Meghann@MarguliesFaithLaw.com

Attorneys For Appellee, Chapter 7 Trustee
Jeremy W. Faith

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br><br>LOREN MILLER and SARAH MILLER,<br><br>   Debtors. | Case No.: CV 14-1681-DOC<br><br>C.D. Cal. Bankr. Case No.: 9:13-10313-PC |
| LOREN MILLER<br>   Appellant,<br><br>v.<br><br>JEREMY W. FAITH, Trustee<br>   Appellee. | **AMENDED CERTIFICATE OF SERVICE OF APPELLEE'S REQUEST FOR SUBMISSION OF APPEAL ON THE BRIEFS AND RECORD WITHOUT ORAL ARGUMENT** |

**AMENDED CERTIFICATE OF SERVICE**

**BAP NO. CV 14-1387**

**DEBTORS: LOREN MILLER AND SARAH MILLER**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system on <u>September 18, 2015</u>.

The following are participants in the case who are registered CM/ECF users and will be served by the appellate CM/ECF system:

- Craig G. Margulies, Attorney for Appellee, Jeremy W. Faith, Chapter 7 Trustee
- Meghann Triplett, Attorney for Appellee, Jeremy W. Faith, Chapter 7 Trustee

I further certify that I have mailed the foregoing documents by First-Class Mail, postage prepaid for delivery to the following non-CM/ECF participants:

Loren Miller
1302 Marina Bay Drive #309A
Clear Lake Shores, TX 77565
**Appellant/Debtor**

Howard I. Camhi, Esq.
Ervin, Cohen & Jessup, LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
**Attorneys for Interested Party, Andrew D. Geller and Andrew D. Geller and Eileen B. Geller, Trustees of the Geller Trust dated September 2, 1987**

<u>/s/ Helen Cardoza</u>
Helen Cardoza
